John V. Tamborelli (State Bar No. 134027)
**TAMBORELLI LAW GROUP**
A Professional Law Corporation
21700 Oxnard Street, Suite 1590
Woodland Hills, California 91367
Tel: (818) 710-3696
Fax: (818) 710-3695

Attorneys for Defendant
Credit Bureau Connection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SUNG GON KANG, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CREDIT BUREAU CONNECTION, INC.,<br><br>*Defendant.* | Case No.: 1:18-CV-01359-AWI-SKO<br><br>Assigned: Honorable Anthony W. ISHII<br><br>Magistrate: Sheila K. Oberto<br><br>**ORDER EXTENDING TIME FOR DEFENDANT CREDIT BUREAU CONNECTION INC., TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(Doc. 8)**<br><br>Complaint Filed 10/2/2018 |

**ORDER**

**IT IS HEREBY ORDERED**, that good cause appearing and pursuant to a Stipulation of the Parties (Doc. 8), Defendant Credit Bureau Connection Inc. shall have up to and including **November 9, 2018**, to respond to the Complaint.

IT IS SO ORDERED.

Dated: **October 26, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE