# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

SUNG GON KANG, individually and on behalf of others similarly situated,

    *Plaintiff*,

    *v*.

CREDIT BUREAU CONNECTION, INC.,

    *Defendant*.

Case No. 1:18-cv-01359-AWI-SKO

**ORDER COMPELLING DISCOVERY**

Having considered the parties' letter briefs regarding their informal discovery dispute and heard argument of counsel at the informal discovery dispute conference held on April 25, 2019, the Court has decided that production of the requested discovery should be and hereby is COMPELLED.

The Court finds that the documents requested in Plaintiff's Request for Production No. 6, namely, Defendant Credit Bureau Connection Inc.'s contract with Norm Reeves Honda and invoices to Norm Reeves Honda are relevant to disputed issues in this action and not privileged. This Order concerns only production of the requested documents; any issues as to the admissibility of these documents at trial are reserved for later ruling. No waiver of any prior of objection to Defendant's production of any documents is waived.

It is therefore ORDERED that:

1. By 9:00 a.m. on Monday, April 29, Defendant Credit Bureau Connection, Inc. shall produce a copy of its contract with Norm Reeves Honda to Plaintiff;

2. Plaintiff shall maintain this document as confidential and use it only for purposes of the deposition of Darin Larsen, scheduled for April 30, 2019, until such time as a protective order regarding confidentiality is entered in this case, at which time the document shall be governed by the terms of such protective order;

3. Within 21 days of this Order, Defendant Credit Bureau Connection, Inc. shall produce copies of its invoices to Norm Reeves Honda from November 16, 2016 to the present.

IT IS SO ORDERED.

Dated: **April 25, 2019**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE