IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUNG GON KANG,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**CREDIT BUREAU CONNECTION, INC.,**<br><br>　　　　　　　　　　　Defendant. | Case No. 1:18-cv-01359-AWI-SKO<br><br>**ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF CASE MANAGEMENT SCHEDULE**<br><br>**(Doc. 42)** |

This matter is before the Court on Plaintiff Sung Gong Kang's "Ex Parte Motion for Extension of Case Management Schedule," filed October 29, 2019, seeking to enlarge the class certification discovery deadline and related case management deadlines by 60 days following the assigned district judge's ruling on Defendant Credit Bureau Connection, Inc.'s request for reconsideration of the undersigned's ruling on the parties' discovery dispute (the "Ex Parte Motion"). (Doc. 42.)

By order issued November 8, 2019, the district judge denied Defendant's request for reconsideration. (Doc. 44 .) Given that the deadline for class certification discovery had passed and other deadlines in the case schedule are impending, the Court vacated the hearing on the ex parte motion set for December 11, 2019, and ordered Defendant to file an opposition, or statement

of non-opposition, to the Ex Parte Motion by no later than November 19, 2019. (Doc. 45.) Defendant filed its opposition to the motion on November 19, 2019. (Doc. 48.)

The parties' discovery efforts have resulted in discovery disputes that required resolution by both the undersigned and the assigned district judge. (*See* Docs. 37, 44.) During the litigation of these disputes, at least one scheduled deadline expired, and several others will expire soon. (*See* Doc. 37.) Plaintiff was diligent in filing his Ex Parte Motion once the need for an extension became apparent, and Defendant's opposition does not appear to oppose an enlargement of the case schedule.[1] (*See* Doc. 48.) The Court therefore finds sufficient good cause under Fed. R. Civ. P. 16(b)(4) to warrant granting the Ex Parte Motion and modifying the case schedule.

Accordingly, it is hereby ORDERED that the Ex Parte Motion (Doc. 42) is GRANTED and the case schedule (Doc. 37) is MODIFIED as follows:

1. Class certification discovery shall be completed by no later than January 21, 2020.

3. The motion for class certification shall be filed by no later than February 20, 2020.

4. Any opposition to the motion for class certification shall be filed by no later than March 23, 2020.

5. Any reply brief in support of the motion for class certification shall be filed by no later than April 7, 2020.

6. The motion for class certification shall be heard on April 20, 2020, at 1:30 p.m., in Courtroom 2 before the Honorable Anthony W. Ishii, Senior United States District Judge.

7. A status conference to set further scheduling dates is set for June 23, 2020, at 10:15 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto. Telephonic

---

[1] Defendant in its opposition requests that the Court, as part of its order enlarging the case schedule, set a hearing on "the substance of the objections" contained in Defendant's request for reconsideration filed on October 7, 2019, and to put discovery "on hold" in the meantime. (Doc. 48 at 3.) As noted above, that request was denied by the assigned district judge. (Doc. 44.) There is therefore nothing pending before, or to be heard by, the undersigned. There is also no basis to stay discovery in this case. To the extent there still remains a dispute about discovery, either party is free to avail itself of the Court's informal discovery procedures or to file a motion in accordance with this Court's Local Rules. However, no discovery dispute, whether brought informally or by motion, shall be adjudicated in the absence of the parties having meet and conferred either telephonically or in person in an attempt to resolve the dispute. *See* Local Rule 251(b); "Court Procedures," found online at http://www.caed.uscourts.gov/caednew/assets/File/SKO%20Web%20Info_revised_4_4_2_19.pdf.

appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference.  By no later than June 16, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:  **November 21, 2019**                             /s/ *Sheila K. Oberto*               
                                        UNITED STATES MAGISTRATE JUDGE