IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUNG GON KANG,**<br><br>Plaintiff,<br><br>v.<br><br>**CREDIT BUREAU CONNECTION, INC.,**<br><br>Defendant. | Case No. 1:18-cv-01359-AWI-SKO<br><br>**ORDER GRANTING THIRD MOTION FOR EXTENSION OF CASE MANAGEMENT SCHEDULE**<br><br>**(Doc. 52)** |

This matter is before the Court on Plaintiff Sung Gong Kang's "Third Motion for Extension of Case Management Schedule," filed January 24, 2020, seeking to enlarge the class certification discovery deadline and related case management deadlines by 60 days in order to permit resolution of the (apparently ongoing) discovery dispute between the parties relating to the production of electronically stored information by Defendant Credit Bureau Connection, Inc. (Doc. 52.)

By order issued November 21, 2019, the Court enlarged the case schedule by 60 days, noting that "the parties' discovery efforts have resulted in discovery disputes that required resolution by both the undersigned and the assigned district judge." (Doc. 49.) The parties engaged in another telephonic discovery dispute conference on December 19, 2019, in which the Court deferred ruling on the issue of whether the discovery sought was "not reasonably accessible because of undue

burden or cost" until after the deposition of Defendant's Chief Technology Officer. (Doc. 51.) The Court ordered the parties to meet and confer as to Defendant's production of electronically stored information following the deposition and, if they were unable to agree, invited Defendant to "file a motion for a protective order under Federal Rule of Civil Procedure 26(b)(2)(B) and Local Rule 251." (*See* Doc. 51.)

The deposition occurred on January 15, 2020, and the parties thereafter met and conferred about their discovery dispute. (*See* Doc. 52 at 9; Doc. 54 at 10–12.) Apparently, the parties were unable to reach a resolution, and on January 24, 2020, Plaintiff filed the present motion for enlargement of the case schedule. (Doc. 52.) Given that the deadline for class certification discovery (January 21) had passed and other deadlines were impending, the Court vacated the hearing on the motion ordered Defendant to file an opposition, or statement of non-opposition, by February 3, 2020. (Doc. 53.) Defendant filed its opposition on February 4, 2020. (Doc. 54.)

After reviewing the parties' submissions, the Court finds that Plaintiff was diligent in filing his motion for enlargement of time once the need for an extension, *i.e.*, the parties' inability to resolve informally their ongoing discovery dispute, became apparent. The Court further finds sufficient good cause under Fed. R. Civ. P. 16(b)(4) to warrant granting the motion and enlarging the case deadlines so that Defendant may file, and the Court may decide, Defendant's motion for a protective order (which is not presently before the Court).

Accordingly, it is hereby ORDERED that Defendant shall file its motion for a protective order pursuant to Federal Rule of Civil Procedure 26(b)(2)(B) and Local Rule 251 **by no later than February 14, 2020.**

Is it further ORDERED that the motion (Doc. 52) is GRANTED and the case schedule (Doc. 49) is ENLARGED as follows:

1. Class certification discovery shall be completed **by no later than May 6, 2020**.
2. The motion for class certification shall be filed **by no later than June 3, 2020**.
3. Any opposition to the motion for class certification shall be filed **by no later than July 1, 2020.**

| | | |
|---|---|---|
| 1 | 4. | Any reply brief in support of the motion for class certification shall be filed **by no later than July 15, 2020.** |
| 2 | 5. | The motion for class certification shall be heard **on August 3, 2020, at 1:30 p.m**., in Courtroom 2 before the Honorable Anthony W. Ishii, Senior United States District Judge. |
| 3 | 6. | A status conference to set further scheduling dates is set **for October 1, 2020, at 9:30 a.m.** in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than September 24, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case. |

IT IS SO ORDERED.

Dated: **February 7, 2020**       /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE