**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SUNG GON KANG,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CREDIT BUREAU CONNECTION, INC.,**<br><br>**Defendant.** | **CASE NO. 1:18-CV-01359-AWI-SKO**<br><br>**ORDER ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>(Doc. No. 84) |

On November 30, 2020, Plaintiff Sung Gon Kang filed the instant motion for class certification.  Doc. No. 84.  Shortly thereafter, on December 8, 2010, the Court gave notice to the parties that Defendant Credit Bureau Connection, Inc.'s Motion for Summary Judgment, filed on November 9, 2020 (Doc. No. 81), would be taken under submission pursuant to Eastern District of California Local Rule 230(g).  Doc. No. 89.  Given the effect Defendant's motion may have on this case, the Court now finds that it is appropriate to resolve the summary judgment dispute before addressing matters of class certification.  Thus, the Court will administratively deny Plaintiff's certification motion and vacate all associated dates and deadlines, including the motion hearing set for February 1, 2021.  Following resolution of Defendant's summary judgment motion, if necessary, Plaintiff will be permitted to re-notice the certification motion (without the need to re-file the motion and supporting papers).  The Court will at that point accept additional briefing, set a hearing date, and resolve Plaintiff's motion.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for class certification (Doc. No. 84) is DENIED;

2.      All dates associated with Plaintiff's motion, including the February 1, 2021 motion hearing, are VACATED.

IT IS SO ORDERED.

Dated:   December 21, 2020          _____

SENIOR   DISTRICT   JUDGE