UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG GON KANG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT BUREAU CONNECTION, INC.,<br><br>Defendant. | No. 1:18-cv-01359-AWI-SKO<br><br>**SCHEDULING ORDER RE THE MOTION FOR CLASS CERTIFICATION** |

On April 6, 2021, a further scheduling conference was held. Jordan Sartell, Esq. and Amy Tabor, Esq. appeared telephonically on behalf of Plaintiff Sung Gon Kang and the putative class members. John V. Tamborelli, Esq. appeared telephonically on behalf of Defendant Credit Bureau Connection, Inc.

The Court set the following deadlines:

1. Defendant's production of electronically stored information ("ESI") responsive to Plaintiff's Interrogatory Nos. 5–6 and Request for Production No. 3 shall be completed by no later than June 16, 2021.

2. The motion for class certification shall be re-noticed, and any supplemental briefing or exhibits necessitated by Defendant's production of ESI filed, by no later than June 30, 2021.

3. Any opposition to the motion for class certification shall be filed by no later than July 30, 2021.

4. Any reply brief in support of the motion for class certification shall be filed by no later than August 20, 2021.

5. The motion for class certification shall be heard on September 13, 2021, at 1:30 p.m., in Courtroom 2 before the Honorable Anthony W. Ishii, Senior United States District Judge.

6. A status conference to set further scheduling dates is set for November 9. 2021, at 9:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than November 2, 2021, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated: **April 6, 2021**                                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE