Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
P.O. Box 1311
Monterrey CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiff*

*Additional attorneys listed on signature page.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| SUNG GON KANG, individually and on behalf of others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CREDIT BUREAU CONNECTION, INC.,<br><br>*Defendant.* | CASE NO. 1:18-cv-01359-AWI-SKO<br><br>**PLAINTIFF'S NOTICE OF RE-NOTICED MOTION FOR CLASS CERTIFICATION**<br><br>Date:  September 27, 2021<br>Time:  1:30 p.m.<br>Judge: Hon. Anthony W. Ishii<br>Room:  2 |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE THAT, at 1:30 pm on September 27, 2021 or such other date and time as the Court may set, in Courtroom 2 of the above-captioned Court, located at Robert E. Coyle United States Courthouse, 2500 Tulare Street, Eighth Floor, Fresno, California, 93721, Plaintiff will move this Court to certify a class of people similarly situated to Plaintiff pursuant to FED. R. CIV. P. 23(a) and 23(b)(3) and for the entry of the Proposed Order included herewith.

This motion is based on this Notice of Motion and Motion, a Memorandum of Law and the Declarations of Jordan M. Sartell with its Exhibits and the Declaration of Duncan Levin filed contemporaneously herewith, the pleadings, records, and files in this action, and such other matters as may properly come before this Court.

Dated: July 14, 2021                                          Respectfully submitted,

SUNG GON KANG, by his attorneys,

*/s/Jordan M. Sartell*
Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th Street
Houston TX 77007-1722
Tel.: (713) 751-0400
Fax: (713) 751-0906

James A. Francis*
jfrancis@consumerlawfirm.com
John Soumilas*
jsoumilas@consumerlawfirm.com
Jordan M. Sartell*
jsartell@consumerlawfirm.com
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel.: (215) 735-8600
Fax: (215) 940-8000

*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Jordan M. Sartell hereby certify that on July 14, 2021 this document was filed with the Court using the CM/ECF system and thereby served on all counsel of record.

>                                   /s/Jordan M. Sartell
>                                   Jordan M. Sartell