# Exhibit A

Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
P.O. Box 1311
Monterrey CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiff*

*[Additional attorneys listed on signature page]*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

SUNG GON KANG, individually and on behalf of others similarly situated,

*Plaintiff,*

v.

CREDIT BUREAU CONNECTION, INC.,

*Defendant.*

CASE NO. 1:18-cv-01359-AWI-SKO

**DECLARATION OF
JORDAN M. SARTELL IN SUPPORT OF
PLAINTIFF'S RE-NOTICED MOTION
FOR CLASS CERTIFICATION**

I, Jordan M. Sartell, declare:

1. I am an attorney with Francis Mailman Soumilas, P.C. and represent Plaintiff.

2. On or about June 16, 2021, Defendant produced electronically stored information and documents, including a spreadsheet and approximately 925 consumer reports containing an OFAC "Hit" for the consumer who was the subject of the report.

3. Each of the consumer reports produced by Defendant contains the name of its customer to which it was sold, usually on the top of the last page.

4. Attached hereto as Exhibit 1 is a true and accurate copy of the transcript of the April 30, 2019 Deposition of Darin Larsen.

5.       Attached hereto as Exhibit 2 is a true and accurate copy of a document produced by Defendant in this matter, namely a consumer report prepared on November 16, 2017.

6.       Attached hereto as Exhibit 3 is a true and accurate copy of a document produced by Defendant in this matter, namely a consumer report prepared on November 22, 2017.

7.       Attached hereto as Exhibit 3.1 is a true and accurate copy of a document produced by Defendant in this matter, namely a reproduced version of the consumer report prepared on November 22, 2017.

8.       Attached hereto as Exhibit 4 is a true and accurate copy of a document produced by Defendant in this matter, namely its subscriber agreement with Norm Reeves Honda.

9.       Attached hereto as Exhibit 5 is a true and accurate copy of a document produced by Defendant in this matter, namely an invoice for Norm Reeves Honda.

10.      Attached hereto as Exhibit 6 is a true and accurate copy of the transcript of the October 29, 2020 Deposition of Frank Larsen.

11.      Attached hereto as Exhibit 7 is a true and accurate copy of a document produced by Defendant in this matter, namely ▬▬▬▬▬▬▬▬▬▬▬▬. This document was previously filed under seal as Exhibit 7 to my declaration of November 30, 2020. *See* Dkt. 83

12.      Attached hereto as Exhibit 8 is a true and accurate copy of a document produced by Defendant in this matter, namely ▬▬▬▬▬▬. This document was previously filed under seal as Exhibit 10 to my declaration of November 30, 2020. *See* Dkt. 83.

13.      Attached hereto as Exhibit 9 is a true and accurate copy of a document produced by Defendant in this matter, namely a consumer report.

14.      Attached hereto as Exhibit 10 is a true and accurate copy of a document produced by Defendant in this matter, namely a consumer report.

15.      Attached hereto as Exhibit 11 is a true and accurate copy of a document produced by Defendant in this matter, namely a consumer report.

16.      Attached hereto as Exhibit 12 is a true and accurate copy of a document produced by Defendant in this matter, namely a consumer report.

17. Attached hereto as Exhibit 13 is a true and accurate copy of a document produced by Defendant in this matter, namely ███████████████████. This document was previously filed under seal as Exhibit 11 to my declaration of November 30, 2020. *See* Dkt. 83.

18. Attached hereto as Exhibit 14 is a true and accurate copy of a document produced by Defendant in this matter, namely a consumer report.

19. Attached hereto as Exhibit 15 is a true and accurate copy of the transcript of the Deposition of Sung Gon Kang.

20. Attached hereto as Exhibit 16 is a true and accurate copy of the transcript of the October 29, 2020 Deposition of Darin Larsen.

21. Attached hereto as Exhibit 17 is a true and accurate copy of the firm biography of Francis Mailman Soumilas, P.C. concerning its qualifications to serve as Class Counsel.

22. Attached hereto as Exhibit 18 is a true and accurate copy of the declaration of Michael A. Caddell concerning the qualifications of Caddell & Chapman to serve as Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2021.

                                              */s/Jordan M. Sartell*
                                              Jordan M. Sartell