# Exhibit 3.1

Print Disclosure Only | Print Entire Document | Adverse Action Notice | Print Red Flag Header Only

**SUNG G KANG**
Experian/Fair Isaac Auto Loan Model V2 - 612
EXP/FAIR ISAAC AUTO V8 SCORE - 637

**Red Flag Compliance**

Pursuant to your company's Identity Theft Protection Program, the following Red Flag indicators shown below may necessitate further required action(s).

RFI

**HIT**
**OFAC Check**

**ID Theft Worksheet**

☐ **I have reviewed and determined this OFAC HIT to be a false positive**

| | |
|---|---|
| **TRADELINES** | 0 Tradelines in the last 30 days |
| **INQUIRIES** | 4 Inquiries in the last 30 days |
| **ADDRESS** | Reported via Expanded inquiry, but different from inquiry |
| **FRAUD ALERT** | None |
| **SSN CHECK/MESSAGES** | 0084 SSN MATCHES<br>0335 V 08TOO MANY INQUIRIES LAST 12 MONTHS<br>0335 AG08TOO MANY INQUIRIES LAST 12 MONTHS |
| **CONSUMER STATEMENT** | None |

**OFAC Search results for SUNG KANG**
Wednesday 22nd of November 2017 11:40:30 AM

Score: **94%**
Entity Number: **23184**
Program:
Name: **KANG SONG 1**
Remarks: **Vessel Registration Identification IMO 6908096; Linked To: KOREA KUMBYOL TRADING COMPANY.**

Score: **94%**
Entity Number: **20130**
Program:
Name: **KANG, Song Nam**
Remarks: **DOB 28 Jul 1962; POB North P'yo'ngan Province, North Korea; citizen Korea, North; Passport 654410025 (Korea, North) expires 14 Oct 2019; Bureau Director; Linked To: MINISTRY OF STATE SECURITY.**

Address:
City:
Country: **Korea, North**



**Experian Credit Profile**
Experian
701 Experian Parkway P.O.Box 2002
Allen, TX 75013-0036
1-888-397-3742
Date Reported: 11/22/17

## Personal Information

| | | | |
|---|---|---|---|
| **Name:** | SUNG G KANG | **Date of Birth:** | 1990 |
| **Address:** | [redacted] | | |
| | LOS ANGELES CA 900293580 | | |
| **Reported On:** | 03/10 Reported via A/R tape | | |
| **Address:** | [redacted] | | |
| | LOS ANGELES CA 900425082 | | |
| **Reported On:** | 05/11 Reported via Expanded inquiry, but different from inquiry | | |
| **Address:** | [redacted] | | |
| | LOS ANGELES CA 900042565 | | |
| **Reported On:** | 10/09 Reported via Expanded inquiry, but different from inquiry | | |
| **AKA** | | **SSN** | |
| SUNG HANG | | | |

## Employment Information

Hide

| | | |
|---|---|---|
| **Company Name:** ALCATEL ONE TOUCH | **Date Hired:** | **Occupation:** |
| | **Date Reported:** 11/17 | **Income:** |
| | **Separation Date:** | |
| **Company Name:** ALCATEL ONETOUCH | **Date Hired:** | **Occupation:** |
| | **Date Reported:** 11/17 | **Income:** |
| | **Separation Date:** | |

## CBC Auto Summary

| Creditor Name | Original Amt / Term | Balance | Payment | Months Remain | Status | Est APR | Co-Signer | Times Late / Type |
|---|---|---|---|---|---|---|---|---|
| STATE FARM BANK, F.S.B | $11,000 | $0 | $0 | 0 | C | N/A | Y | 0 |
| | 48 | | | | | | | 00 |
| TOYOTA MOTOR CREDIT CO | $23,751 | $0 | $0 | 0 | C | N/A | Y | 0 |
| | 61 | | | | | | | 00 |
| TOYOTA MOTOR CREDIT CO | $22,750 | $0 | $0 | 0 | C | N/A | Y | 0 |
| | 61 | | | | | | | 00 |

## Report Summary

| | | | | | |
|---|---|---|---|---|---|
| **Total # of Trades:** | 9 | **30 Days:** | 9 | **Accounts Balance:** | $10,583 |
| **Current Trades:** | 3 | **60 Days:** | 0 | **Monthly Payment:** | $328 |
| **Unrated Trades:** | 0 | **90+ Days:** | 0 | **Credit Limit:** | $14,400 |
| **Curr Neg Trades:** | 2 | **Inquiries:** | 9 | **High Credit:** | $71,084 |
| **Hist Neg Trades:** | 0 | **Inq. Last 6 Mnths:** | 5 | **Total Real Est. Bal.:** | $0 |
| **No. of Accts Paid:** | 3 | **Public Records:** | 0 | **Total Rev. Bal.:** | $10,583 |
| **Curr Past Due:** | 0 | **Collections:** | 0 | **Tot. Installment Bal.:** | $0 |
| **Amount Past Due:** | $0 | **Oldest Trade:** | 9/1/2010 | **Available %:** | 23 |

## Scorecards

| | |
|---|---|
| **Scorecard:** | Experian/Fair Isaac Auto Loan Model V2 |
| **Score:** | **612** |
| **Reasons:** | (10) Proportion of balance to high credit on bank revolving or all revolving accounts |
| | (14) Length of time accounts have been established |
| | (32) No recent installment loan information |
| | (11) Current balances on revolving accounts |
| | (0335) Too Many Inquiries Last 12 months |
| **Scorecard:** | EXP/FAIR ISAAC AUTO V8 SCORE |
| **Score:** | **637** |
| **Reasons:** | (18) Number of accounts delinquent |
| | (10) Proportion of balance to high credit on bank revolving or all revolving accounts |
| | (32) No recent installment loan information |
| | (14) Length of time accounts have been established |
| | (0335) Too Many Inquiries Last 12 months |

## Trade Lines

Hide



## Inquiries

Hide

## Warning Messages

Hide

| |
|---|
| 0084 SSN MATCHES |
| 0335 V 08TOO MANY INQUIRIES LAST 12 MONTHS |
| 0335 AG08TOO MANY INQUIRIES LAST 12 MONTHS |
| Reported via A/R tape |
| Reported via Inquiry, but different from inquiry |
| Reported via Inquiry, but different from inquiry |

**Norm Reeves Honda Huntington Beach**

Your Credit Score and the Price You Pay for Credit

| Applicant Name | Source | Your Score | Date |
|---|---|---|---|
| **SUNG KANG** | **Experian** | **612** | **11/22/2017** |

## Understanding Your Credit Score

**What you should know about your credit scores:**
Your credit score is a number that reflects the information in your credit report.

Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.

Your credit score can change, depending on how your credit history changes.

**How we use your credit score:**
Your credit score can affect whether you can get a loan and how much you will have to pay for that loan.

**The range of scores:**
Scores range from a low of **250** to a high of **877**.

Generally, the higher your score, the more likely you are to be offered better credit terms.

**How your score compares to the scores of other consumers:**

## Checking Your Credit Report

**What if there are mistakes in your credit report?**
You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.

It is a good idea to check your credit report to make sure the information it contains is accurate.

**How can you obtain a copy of your credit report?**
Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.

To order your free annual credit report:

*By telephone:* Call toll-free: 1-877-322-8228

*On the web:* Visit www.annualcreditreport.com

*By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at: http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:

Annual Credit Report Request Service
P.O. box 105281
Atlanta, GA 30348-5281

**How can you get more information?**
For more information about credit reports and your rights under federal law, visit the Federal Reserve Board's web site at www.federalreserve.gov, or the Federal Trade Commission's web site at www.ftc.gov.

Applicant's Signature ____________________ Date ____________

*Provider of this form makes no warranty, expressed or implied, as to content or fitness of this form. Consult your own legal counsel.*

CBC-FORM NO. CSD02 (Rev. 10/10)

**Norm Reeves Honda Huntington Beach**

Your Credit Score and the Price You Pay for Credit

| Applicant Name | Source | Your Score | Date |
|---|---|---|---|
| **SUNG KANG** | **Experian** | **637** | **11/22/2017** |

## Understanding Your Credit Score

**What you should know about your credit scores:**
Your credit score is a number that reflects the information in your credit report.

Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.

Your credit score can change, depending on how your credit history changes.

**How we use your credit score:**
Your credit score can affect whether you can get a loan and how much you will have to pay for that loan.

**The range of scores:**
Scores range from a low of **250** to a high of **900**.

Generally, the higher your score, the more likely you are to be offered better credit terms.

**How your score compares to the scores of other consumers:**

% of Consumers with Scores in a Particular Range
20
16
12
8
4
0
6%
8%
9%
10%
13%
18%
17%
19%
250-499
500-549
550-599
[600-649]
650-699
700-749
750-799
800-900
EXP/FAIR ISAAC AUTO V8 SCORE Score Range

## Checking Your Credit Report

**What if there are mistakes in your credit report?**
You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.

It is a good idea to check your credit report to make sure the information it contains is accurate.

**How can you obtain a copy of your credit report?**
Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.

To order your free annual credit report:

*By telephone:* Call toll-free: 1-877-322-8228

*On the web:* Visit www.annualcreditreport.com

*By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at: http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:

Annual Credit Report Request Service
P.O. box 105281
Atlanta, GA 30348-5281

**How can you get more information?**
For more information about credit reports and your rights under federal law, visit the Federal Reserve Board's web site at www.federalreserve.gov, or the Federal Trade Commission's web site at www.ftc.gov.

Applicant's Signature ____________________ Date ____________

*Provider of this form makes no warranty, expressed or implied, as to content or fitness of this form. Consult your own legal counsel.*

CBC-FORM NO. CSD02 (Rev. 10/10)