Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
P.O. Box 1311
Monterrey CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiff*

*Additional attorneys listed on signature page.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| SUNG GON KANG, individually and on behalf of others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>CREDIT BUREAU CONNECTION, INC.,<br><br>*Defendant.* | CASE NO. 1:18-cv-01359-AWI-SKO<br><br>**PROPOSED ORDER CERTIFYING CLASS ACTION** |

**THIS MATTER** having been brought before this Court on Plaintiff's Re-Noticed Motion for Class Certification, the Court having read all papers and heard all argument for and against certification of this matter as a class action, and for good cause shown,

**IT IS** on this _____ day of _____, 2021, **ORDERED** that Plaintiff's Re-Noticed Motion for Class Certification is **GRANTED**. This action shall be maintained as an FCRA class action for the following class:

> All individuals about whom Defendant prepared a report that (1) included an OFAC "Hit;" (2) was published to a third party from October 2, 2013 to the date of judgment; and (3) included a U.S. address (including U.S. Territories) for that individual.

This action shall further be maintained as a CCRAA class action for the following class:

All individuals about whom Defendant prepared a report that (1) included an OFAC "Hit;" (2) was published to a third party from October 2, 2011 to the date of judgment; and (3) included a U.S. address (including U.S. Territories) for that individual.

The above classes are certified for purposes of Plaintiff's claims that Defendant violated 15 U.S.C. § 1681e(b) and Cal. Civ. Code § 1785.14(b) by failing to follow reasonable procedures to assure the maximum possible accuracy of the information on the consumer reports of class members.

In accordance with Fed. R. Civ. P. 23(a) and (b)(3), this Court makes the following findings of fact:

1. The Class is so numerous that joinder of all members is impracticable.

2. There are questions of law and/or fact common to the Class.

3. The claims of Plaintiff Sung Gon Kang are typical of the claims of the Class.

4. Plaintiff will fairly and adequately protect the interests of the Class.

5. The questions of law and/or fact common to the members of the Class predominate over any questions affecting only individual members.

6. A class action in this matter is superior to other available methods for the fair and efficient adjudication of this controversy.

**IT IS FURTHER ORDERED** that Plaintiff Sung Gon Kang is appointed Representative of the Class and that the firms of Francis Mailman Soumilas, P.C. and Caddell & Chapman are appointed Counsel for the Class.

**IT IS SO ORDERED.**

_____
Hon. Anthony W. Ishii
United States District Court Judge