

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

SUNG GON KANG, on behalf of himself
and all others similarly situated,

*Plaintiff*,

v.

CREDIT BUREAU CONNECTION, INC.,
*Defendant*.

Case No. 18-cv-01359-AWI-SKO

I, ___Timbre Shriver_____,

attorney for___Credit Bureau Connection, Inc._____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: _____Cadwalader, Wickersham & Taft_____
Address: _____200 Liberty Street_____

City: _____New York_____

State: _____NY_____   ZIP Code:____10038_____

Voice Phone:  (212)504-6377 _____

FAX Phone: _____N/A_____

Internet E-mail: ___Timbre.Shriver@cwt.com_____

Additional E-mail: _____N/A_____

I reside in City: ____New York_____   State: _____NY_____

I was admitted to practice in the _____New York_____(court) on _____11/05/2018_____(date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____N/A_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:           _____Jeff Faucette_____
Firm Name:      _____Skaggs Faucette LLP_____
Address:        _____Four Embarcadero Center Suite 1400 PMB #72
City:           _____San Francisco_____
State:          _____CA_____   ZIP Code: _____94111_____
Voice Phone:    ( 415 )295-1197_____
FAX Phone:      (888) 980-6547_____
E-mail:         _____jeff@skaggsfaucette.com_____

Dated:  7/30/2021       Petitioner:  /s/ Timbre Shriver_____

**ORDER**

IT IS SO ORDERED.

Dated: 8/8/2021

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT