

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

SUNG GON KANG, on behalf of himself
and all others similarly situated,

*Plaintiff*,

v.

CREDIT BUREAU CONNECTION, INC.,
*Defendant*.

Case No. 18-cv-01359-AWI-SKO

I, __Drew Newman__,

attorney for __Credit Bureau Connection, Inc.__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: __Cadwalader, Wickersham & Taft__

Address: __650 S Tryon St, Suite 1400__

City: __Charlotte__

State: __NC__    ZIP Code: __28202__

Voice Phone: __( 704 ) 348-531__

FAX Phone: __(    )    N/A__

Internet E-mail: __Drew.Newman@cwt.com__

Additional E-mail: __N/A__

I reside in City: __Charlotte__    State: __NC__

I was admitted to practice in the _____North Carolina_____ (court) on _____March 18, 2022_____ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: _____Jeff Faucette_____

Firm Name: _____Skaggs Faucette LLP_____

Address: _____Four Embarcadero Center Suite 1400 PMB #72_____

City: _____San Francisco_____

State: _____CA_____ ZIP Code: _____94111_____

Voice Phone: (415)295-1197

FAX Phone: (888)980-6547

E-mail: _____jeff@skaggsfaucette.com_____

Dated: 10/12/2022          Petitioner: ___/s/ Drew Newman_____

**ORDER**

IT IS SO ORDERED.

Dated: October 17, 2022

/s/ Sheila K. Oberto
JUDGE, U.S. DISTRICT COURT