IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **SUNG GON KANG**, individually and on behalf of others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CREDIT BUREAU CONNECTION, INC.**,<br><br>*Defendant*. | CASE NO. 1:18-cv-01359-AWI-SKO<br><br>**ORDER STAYING DISCOVERY DEADLINES AND DENYING AS MOOT JOINT MOTION TO STAY**<br><br>(Docs. 135 & 136) |

Pursuant to the parties' Stipulation to Stay Fact and Expert Discovery Deadlines (Doc. 136), and for good cause shown, it is hereby ORDERED that the fact and expert discovery deadlines set forth in the Court's Scheduling Order (Doc. 125) are STAYED pending the upcoming Settlement Conference, set for March 9, 2023. All other deadlines remain in force. The parties SHALL provide a statement of the status of their settlement efforts in their respective confidential settlement conference statements, which remain due on February 23, 2023.

IT IS FURTHER ORDERED that, in view of the foregoing, the Joint Motion to Stay Fact and Expert Discovery Deadlines (Doc. 135) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **January 18, 2023**           /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE