IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **SUNG GON KANG**, individually and on behalf of others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CREDIT BUREAU CONNECTION, INC.**,<br><br>*Defendant*. | CASE NO. 1:18-cv-01359-SKO<br><br>**ORDER ON STIPULATION FOR FURTHER 7-DAY EXTENSION OF DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**<br><br>(Doc. 146) |

Pursuant to the parties' Stipulation for Further 7-Day Extension of Deadline to File Motion for Preliminary Approval of the Class Action Settlement (Doc. 146), and for good cause shown, it is hereby ORDERED that the April 24, 2023, deadline set forth in the Court's April 7, 2023, order (Doc. 145), is further extended by 7 days and, by no later than May 1, 2023, the parties shall file the motion for preliminary approval of class action settlement.

IT IS SO ORDERED.

Dated:   **April 21, 2023**                       /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE

CASE NO. 1:18-cv-01359-SKO

ORDER ON STIPULATION FOR FURTHER 7-DAY EXTENSION OF DEADLINE TO FILE MOTION
FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT