Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
P.O. Box 1311
Monterey CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiff*

*Additional attorneys listed on signature page.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| SUNG GON KANG, individually and on behalf of others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>CREDIT BUREAU CONNECTION, INC.,<br><br>*Defendant*. | CASE NO. 1:18-cv-01359-SKO<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:　　October 25, 2023<br>Time:　　9:30 a.m.<br>Judge:　　Hon. Sheila K. Oberto<br>Room:　　7 |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE THAT, at 9:30 a.m. on October 25, 2023 or such other date and time as the Court may set, in Courtroom 7 of the above-captioned Court, located at Robert E. Coyle United States Courthouse, 2500 Tulare Street, Sixth Floor, Fresno, California, 93721, Plaintiff will move this Court for final approval of the parties' class action settlement and for the entry of the Proposed Order included herewith.

This motion is based on this Notice of Motion and Motion, a Memorandum of Law and its Exhibits filed contemporaneously herewith, the pleadings, records, and files in this action, and such other matters as may properly come before this Court.

Dated: September 20, 2023

Respectfully submitted,

SUNG GON KANG, by his attorneys,

/s/James A. Francis
James A. Francis (admitted *pro hac vice*)
jfrancis@consumerlawfirm.com
John Soumilas (admitted *pro hac vice*)
jsoumilas@consumerlawfirm.com
Jordan M. Sartell (admitted *pro hac vice*)
jsartell@consumerlawfirm.com
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel.: (215) 735-8600
Fax: (215) 940-8000

Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th Street
Houston TX 77007-1722
Tel.: (713) 751-0400
Fax: (713) 751-0906

## CERTIFICATE OF SERVICE

I, James A. Francis hereby certify that on September 20, 2023 this document was filed with the Court using the CM/ECF system and thereby served on all counsel of record.

*/s/James A. Francis*
James A. Francis

NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT